UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

TOMMY EUGENE BROWN,

    Plaintiff,

v.                                                          No. 4:25-cv-872-P

TRULITE GLASS & ALUMINUM
SOLUTIONS LLC,

    Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 43. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The undersigned District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **ORDERS** that Defendant's Motion to Dismiss (ECF No 29) be **PARTIALLY GRANTED** in that Plaintiff's claims against Defendant under the ADEA for "Wrongful Termination/Pretextual Discharge" and age discrimination be **DISMISSED WITH PREJUDICE**. The Court further **ORDERS** that Defendant's Motion to Dismiss be **PARTIALLY DENIED** in that Plaintiff, pursuant to Rule 4(m), be given an additional thirty (30) days to effect and file proper proof of service on Defendant.

**SO ORDERED** on this **9th day of April 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE